UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN BERNARD JEFFERSON, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-16990** |
| **RANDY SMITH, ET AL.** | **SECTION: "B"(3)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are dismissed as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 6th day of March, 2017.

SENIOR UNITED STATES DISTRICT JUDGE